UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES CHRISTOPHER CHAMBERS,

    Plaintiff,

v.    Case No: 6:18-cv-534-Orl-40DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause is before the Court on Claimant's appeal to the District Court from a final decision of the Commissioner of Social Security (the Commissioner) denying his application for disability insurance benefits (Doc. 1) filed on April 6, 2018. The United States Magistrate Judge has submitted a report recommending that the Commissioner's final decision be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 6, 2019 (Doc. 19), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **AFFIRMED**.

3. The Clerk in **DIRECTED** to enter judgment in favor of the Commissioner and against Claimant and to close the file.

**DONE AND ORDERED** in Orlando, Florida on May 21, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties